UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PAUL GILMORE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:13-cv-102 |
| | ) | |
| EMANUEL COUNTY JAIL, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Paul Gilmore's Notice of Appeal. ECF No. 22. The Court construes a notice of appeal as a request for a Certificate of Appealability ("COA"). *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). Under Federal Rule of Appellate Procedure 4(a), a notice of appeal must be filed "within 30 days after entry of the judgment." Fed R. App. P. 4(a)(1)(A). "This 30-day time limit is 'mandatory and jurisdictional.'" *Browder v. Dir., Dep't of Corr. of Illinois*, 434 U.S. 257, 264 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229 (1960)). The clerk entered a judgment in this case on June 12, 2014, ECF No. 20; Gilmore requested a COA more than six months later, on February 6, 2015, ECF No. 21.

Therefore, Gilmore's request for a COA, ECF No. 22, is untimely and must be *DENIED*.

This __ day of February 2015

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA